IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAURICE A. JACKSON,

    Plaintiff,

v.

DONALD GAETZ, et al.,

    Defendants.

Case No. 3:10-CV-00221-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, Foster, Lockhead, and Drain and against plaintiff Maurice Jackson on all claims. Defendants Jeaannette Cowan, Donald Gaetz, John Doe, and Jane Doe were previously dismissed with prejudice. The case is **DISMISSED WITH PREJUDICE**.

**DATED: September 20, 2011**

    **NANCY ROSENSTENGEL, CLERK**

    **By:s/Deborah Agans, Deputy Clerk**

**Approved by:**

**s/ J. Phil Gilbert**

**DISTRICT JUDGE**